UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FACETOFACE BIOMETRICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22 CV 429 CDP |
| ) | |
| APPLE, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant shall have summary judgment on plaintiff's complaint, plaintiff shall take nothing on its claims, and plaintiff's complaint is dismissed with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2023.